Joseph Siparis, appellee, v. Chicago Railways Company, appellant. Gen. No. 25,170.

Action to recover for personal injuries to pedestrian struck by street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard

in this court at the March term, 1919.    Affirmed.    Opinion filed December 8, 1919.

Joseph D. Ryan and Watson J. Ferry, for appellant; W. W. Gurley and John R. Guilliams, of counsel.   C. Helmer Johnson and James D. Power, for appellee.

Mr. Justice Dever delivered the opinion of the court.

Mr. Justice Dever delivered the opinion of the court.